## Chisholm, *et al. v.* Wallace.

*Bill by Trustee in Bankruptcy to Declare a Preference.*

(Decided Feb. 1, 1906.　40 So. Rep. 219.)

APPEAL from Birmingham City Court.
Heard before Hon. CHARLES A. SENN.
R. B. SMYER, J. L. BURNETT and J. A. BILBRO, for appellant.
GEORGE HUDDLESTON, for appellee.
Reversed and remanded.
Opinion by SIMPSON, J.
TYSON, DOWDELL and ANDERSON, JJ., concur.

---

## Neilson *v.* The State.

*Murder.*

(Decided Feb. 1, 1906.　40 So. Rep. 221.)

APPEAL from Bessemer City Court.
Heard before Hon. WILLIAM JACKSON.
SHUGART & BELL and STALLINGS and NESMITH, for appellant.
MASSEY WILSON, Attornel General, for the State.
Reversed and remanded.
Opinion by TYSON, J.

DOWDELL, SIMPSON and ANDERSON, JJ., concur.

---

## Ryan *v.* Shaneyfelt, *et al.*

*Bill to Foreclose Mortgage.*

(Decided Jan. 30, 1906.　40 So. Rep. 223.)

APPEAL from Morgan Chancery Court.
Heard before Hon. W. H. SIMPSON.
ARTHUR E. BROWN, for appellant.
E. W. GODBEY, for appellee.
Reversed, rendered and remanded.
Opinion by ANDERSON, J.

McCLELLAN, C. J., TYSON and SIMPSON, JJ., concur.